CHRISTINA A. DiEDOARDO
Nevada Bar No. 9543
California Bar No. 258714
LAW OFFICES OF CHRISTINA DiEDOARDO
201 Spear Street Suite 1100
San Francisco, CA 94105
(415) 839-5098
Christina@diedoardolaw.com
Attorney for Plaintiff Tumeka Godwin

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUMEKA GODWIN<br>        Plaintiff,<br>    vs.<br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, GEORGE GASCON, in his capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, in her capacity as past Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO, M. HODGE, individually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO; DOE OFFICER #655 and CITY AND COUNTY OF SAN FRANCISCO DOE POLICE OFFICERS 1-25 inclusive; and DOE Defendants 1-25 inclusive,<br>        Defendants. | Case No.: **3:10-cv-00208-MHP**  (EMC)<br><br>**STIPULATION REGARDING CONTINUANCE OF JULY 26, 2010 SETTLEMENT CONFERENCE UNTIL OCTOBER 15 2010 OR UNTIL OCTOBER 14, 2010;** ~~**PROPOSED**~~ **ORDER** |

COMES NOW TUMEKA GODWIN, by and through her attorney of record Christina A. DiEdoardo and the CITY AND COUNTY OF SAN FRANCISCO, GEORGE GASCON, HEATHER FONG, M. HODGE, DOE OFFICER #655, CITY OF AND COUNTY OF SAN FRANCISCO DOE POLICE OFFICERS 1-25  by and through their attorney of record Deputy City Attorney Robert Bonta and respectfully stipulate and agree as follows.

1. The Settlement Conference in this case, which is presently scheduled for 10 a.m. on July 26, 2010 before the Hon. Edward M. Chen shall be <u>rescheduled</u> to *10 a.m. on October 15, 2010* before Judge Chen.

2. Counsel for Plaintiff has spoken with Judge Chen's chambers and as of July 15, 2010, the October 15, 2010 date was available on Judge Chen's calendar. If that changes and Judge Chen is unavailable on the October 15, 2010 date, the parties agree that the settlement conference shall be continued until *October 14, 2010 at 10 a.m.* before Judge Chen, when his chambers has indicated that he is also available.

3. This is the first continuance sought of the settlement conference. The reason for this request by the Plaintiff is that she would like to include the City's responses to recent written discovery in her settlement conference brief, which are not due until later this month. Also, she would like to conduct the two depositions permitted her by the Court prior to the Settlement Conference.

4. The October dates listed above are the first openings available on Judge Chen's calendar.

5. Counsel for Defendants has agreed to this request and counsel for Plaintiff appreciates his professional courtesy in this regard

6. All other orders not in conflict with this stipulation shall remain in full force and effect.

/S/*Christina A. DiEdoardo*         /S/Robert A. Bonta
Christina A. DiEdoardo               Robert A. Bonta
California Bar No. 258714          California Bar No. 202668

Date: July 16, 2010                 Date: July 16, 2010

//

**ORDER ON STIPULATION**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Settlement Conference in this case be continued from 10 a.m. on July 26, 2010 until 10 a.m. on October 15, 2010, or if that date becomes unavailable on Judge Chen's calendar for any reason, from 10 a.m. on July 26, 2010 until 10 a.m. on October 14, 2010. **Settlement Conference statements shall be lodged with Judge Chen's chambers by October 1, 2010.**

DATED this 20th day of July, 2010

_____
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen