1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-4268
6  Facsimile:    (415) 554-3837
   E-Mail:       Robert.bonta@sfgov.org

7

8  Attorneys for Defendants
   CITY & COUNTY OF SAN FRANCISCO,
9  SAN FRANCISCO POLICE CHIEF GEORGE
   GASCON (OFFICIAL CAPACITY ONLY),
10 AND FORMER SAN FRANCISCO POLICE
   CHIEF HEATHER FONG (OFFICIAL CAPACITY ONLY)

11

12

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15  TUMEKA GODWIN, | Case No. C-10-0208 MHP |
| 16       Plaintiff, | **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| 17       vs. | |
| 18  CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, GEORGE GASCON, in his capacity as Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, in her capacity as past Chief of Police for the CITY AND COUNTY OF SAN FRANCISCO, M. HODGE, invidually and in his capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO, DOE OFFICER #655 and CITY AND COUNTY OF SAN FRANCISCO POLICE OFFICERS 1025 inclusive; and DOE Defendants 1-25 inclusive, | Trial Date:     Not Set |
| 25       Defendants. | |

26

27

28

Stipulation of Dismissal with Prejudice                    1                 c:\users\christinasf\downloads\stipulation of dismissal (2).doc
Godwin v. CCSF, et al.; Case No. 10-cv-0208 MHP

The undersigned parties, being all the parties who have appeared in this action, STIPULATE pursuant to Federal Rule of Civil Procedure 41(a), that the action on behalf of plaintiff Tumeka Godwin against City & County of San Francisco, San Francisco Police Chief George Gascon (Official Capacity Only), and Former San Francisco Police Chief Heather Fong (Official Capacity Only) is DISMISSED WITH PREJUDICE.  It is further STIPULATED that plaintiff and defendants shall each bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated:  January 18, 2011					LAW OFFICES OF CHRISTINA A. DI EDOARDO

By: */S/Christina A. DiEdoardo*
CHRISTINA A. DI EDOARDO
Attorney for Plaintiff
TUMEKA GODWIN

Dated:  January 18, 2011					DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
ROBERT A. BONTA
Deputy City Attorney

*-/s/ Robert Bonta-*

By:_____
ROBERT A. BONTA

Attorneys for Defendants
CITY & COUNTY OF SAN FRANCISCO,
SAN FRANCISCO POLICE CHIEF GEORGE
GASCON (OFFICIAL CAPACITY ONLY),
AND FORMER SAN FRANCISCO POLICE
CHIEF HEATHER FONG (OFFICIAL CAPACITY
ONLY)

1/19/2011

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA